IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIK MACK,<br><br>　　　　　　*Petitioner,*<br><br>　v.<br><br>JOHN KERESTES, et al.,<br><br>　　　　　　*Respondent.* | CIVIL ACTION<br>NO. 15-1829 |

### ORDER

**AND NOW**, this 22nd day of April, 2016, upon careful and independent consideration of the petition for Writ of *Habeas Corpus* and after review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa (ECF No. 15) and Malik Mack's objections (ECF No. 17), it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for Writ of *Habeas Corpus* is **DISMISSED** with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.